**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS ALEJANDRO CANJURA, | ) NO. CV 10-1386-DDP(E) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| J. WALKER, Warden, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Petitioner's challenge to the sufficiency of the evidence to support the California Board of Parole Hearings' unsuitability finding fails as a matter of law. See Swarthout v. Cooke, 2011 WL 197627 (U.S. Jan. 24, 2011) ("Swarthout"). The Court approves and adopts the Magistrate Judge's recommendation that the Petition be denied and dismissed with prejudice, and the Court also approves and adopts the Magistrate Judge's Report and Recommendation to the extent not inconsistent with the United States Supreme Court's subsequent opinion in Swarthout.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 10, 2011.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE