**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS ALEJANDRO CANJURA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>J. WALKER, Warden,<br><br>　　　　　Respondent. | NO. CV 10-1386-DDP(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 10, 2011

_____
　　　DEAN D. PREGERSON
　UNITED STATES DISTRICT JUDGE